**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW MEXICO**

IN RE:

RUIDOSO VENDING INC          No. 7-05-17913

    Debtor

## MOTION TO DISMISS VOLUNTARY PETITION

**COMES NOW** Ruidoso Vending Inc, a New Mexico Corporation, by and through its attorney, Charles E. Hawthorne, and for its motion to dismiss voluntary petition, states:

    1. A voluntary petition for relief under Chapter 11 was filed herein on September 20, 2005. On or about June 26, 2006, the debtor converted from Chapter 11 to Chapter 7 because he was unable to perform the plan.

    2. The only creditor holding a secure claim against the debtor is Patricia Bishop and the Estate of Ray Bishop. The amount of the secured claim exceeds the liquidation value of the Debtors assets.

    3. There is no need for relief under the Bankruptcy Code.

**WHEREFORE,** Debtor prays that the voluntary petition under Chapter 7 be dismissed and for such other relief the Court deems just.

                                            Charles E. Hawthorne
                                            900 Sudderth Drive
                                            Ruidoso, New Mexico 88345
                                            (505) 257-1323 fax 257-1327

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument was faxed, electronically filed or mailed to Clarke Coll, Bankruptcy Trustee, Richard Hawthorne, Counsel for the Ray Bishop Estate,and Leonard Metgar-Martinez this 15th day of August, 2006.

                                           /s/Electronically filed
                                            Charles E. Hawthorne