# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW MEXICO

IN RE:

RUIDOSO VENDING, INC.　　　　　No. 7-05-17913-SR

　　Debtor.

## STIPULATED ORDER OF DISMISSAL

　　THIS MATTER having come before the Court upon the stipulation of the parties to dismiss this matter with prejudice, and the Court being fully informed in the premises, finds:

　　1. On or about August 15, 2006 the Chapter 7 Trustee filed his motion to dismiss and gave notice to the debtor's attorney and to the United States Trustee.

　　2. On August 15, 2006 the Debtor filed his motion to dismiss and gave notice to the Chapter 7 Trustee and to Richard A. Hawthorne, attorney for the Estate of Ray Bishop, the only creditors of the debtor.

　　3. In excess of twenty-three days have elapsed since the date notice of the motions to dismiss were sent out, and no objections to the motions to dismiss have been filed, and this matter should be dismissed, with prejudice.

　　THEREFORE, IT IS HEREBY ORDERED:

　　The Debtor's voluntary petition is dismissed, with prejudice.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　James R. Starzynski
　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

SO STIPULATED:
<u>Submitted by e-mail 10-19-06</u>
Richard A. Hawthorne
Attorney for the Estate of Ray Bishop

<u>By facsimile message dated 10-2-06</u>
Clarke C. Coll
Chapter 7 Trustee

<u>By telephone message dated 10-13-06</u>
Charles E. Hawthorne
Attorney for Debtor